■ SEARS COOPERATIVE SAVINGS TRUST, by its Trustees, THOMAS A. SEARS and Another, Appellant, v NORSTAR BANK OF UPSTATE NEW YORK, Respondent. (Appeal No. 2.) [612 NYS2d 998] —Appeal unanimously dismissed without costs *(see, Hughes v Nussbaumer, Clarke & Velzy,* 140 AD2d 988). (Appeal from Order of Supreme Court, Oneida County, Shaheen, J.—Summary Judgment.) Present—Green, J. P., Pine, Fallon, Callahan and Boehm, JJ.